IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD JAMES MOTTON,                    No C-09-4230 VRW (PR)

        Petitioner,

    v                                   ORDER DISMISSING PETITION FOR
                                        WRIT OF HABEAS CORPUS
DAVID LEE, et al,

        Respondent(s).
_____/

       This habeas corpus action by pro se prisoner Edward Motton was filed on September 11, 2009. Doc #1. The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc #2.

//

Over forty days have elapsed since petitioner was notified of his filing deficiency; however, he has not provided the court with the requisite items, or sought an extension of time to do so. The action, therefore, is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\HC.09\Motton-09-4230-dismiss-ifp deficiency.wpd

**2**